# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 22, 2024

**VIA ECF AND E-MAIL**
The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Erik McCreary*, 24 Cr. 451 (LTS)

Dear Judge Swain:

    I represent Erik McCreary in the above-referenced matter, set for sentencing on December 4, 2024. Mr. McCreary was released on a personal recognizance bond and is currently under pretrial supervision. I write to request the Court's permission for Mr. McCreary to travel to Delaware from August 24 through August 26, 2024, to attend a cousin's birthday party. Neither the government nor Pretrial Services object to this request. Additionally, Mr. McCreary will provide proposed travel and lodging information to his Pretrial Officer, who indicates that he has been in compliance with all conditions of release.

    We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley

Cc:   AUSA Jacob Fiddelman
USPO Taelor Nisbeth
(*via ECF and e-mail*)

The foregoing request is granted. DE #25 is resolved.
SO ORDERED.
8/22/2024
/s/ Laura Taylor Swain, Chief USDJ