UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA          :

           -v-                              :        **[PROPOSED] REVISED**
                                                        :        **SCHEDULING ORDER**

ERIK MCCREARY,                    :        24-cr-451 (LTS)

                       Defendant.     :
------------------------------------------------------------X

**LAURA T. SWAIN, Chief District Judge**:

WHEREAS, upon the defendant's application, and with the consent of the Government, **IT IS HEREBY ORDERED THAT**:

The sentencing is adjourned from December 4, 2024, to **January 23, 2025**.

The defense sentencing submission is due two weeks prior to sentencing, on **January 9, 2025**.

The Government's sentencing submission is due two weeks prior to sentencing, on **January 16, 2025**. The parties are directed to appear for sentencing on **January 23, 2025**, at **11:00 am**.

SO ORDERED.

Dated:      **New York, New York**
               **November  18 , 2024**

                                                            /s/ Laura Taylor Swain, Chief USDJ
                                                            _____
                                                                    **Laura T. Swain**
                                                           **United States District Judge**