UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA        :
                                       :

        -v-                       :       ~~[PROPOSED]~~ **REVISED**
                                       :       **SCHEDULING ORDER**

ERIK MCCREARY,               :
                                       :       24-cr-451 (LTS)

                    Defendant.     :
-------------------------------------------------------------X

**LAURA T. SWAIN, Chief District Judge**:

      WHEREAS, upon the defendant's motion, and with the consent of the Government, **IT IS**

**HEREBY ORDERED THAT**:

      The time for the defense to file its sentencing submission is extended to **January**

**13, 2025**. The time for the Government to file its sentencing submission is extended to

**January 17, 2025**. The parties are directed to appear for the sentencing hearing, which

remains scheduled for **January 23, 2025,** at **11:00 a.m**.

**SO ORDERED.**

Dated:     **New York, New York**
            **January  8   , 2025**

                                        **/s/ Laura Taylor Swain**
                           _____
                                      **Laura T. Swain**
                               **United States Chief District Judge**