# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 7, 2025

**VIA ECF AND E-MAIL**
The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     *United States v. Erik McCreary*, 24 Cr. 451 (LTS)

Dear Chief Judge Swain:

    I represent Erik McCreary in the above-referenced matter, set for sentencing on January 23, 2025. The parties wish to proceed with the sentencing as scheduled. However, I write to request an extension of the time to file the defense sentencing submission, from January 9 to January 13, 2025, with an extension for the Government's submission from January 16 to January 17, 2025. An extension would permit the defense to acquire additional documentation we believe would assist the Court in determining an appropriate sentence. Mr. McCreary made one previous request for adjournment of sentencing, which the Court granted, and the Government consents to this request. Accordingly, Mr. McCreary requests that the Court grant the proposed extensions of time. A proposed revised scheduling order is attached.

    We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley

Cc:     AUSA Jacob Fiddelman
        (*via ECF and e-mail*)

---

The foregoing requests are granted. A revised scheduling order will be contemporaneously filed. This resolves DE # 34.
SO ORDERED.
1/8/2025
/s/ Laura Taylor Swain, Chief USDJ