**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

October 20, 2025

**VIA ECF AND E-MAIL**  **MEMO ENDORSED**
The Honorable Laura T. Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Erik McCreary*, 24 Cr. 451 (LTS)

Dear Chief Judge Swain:

    I represent Erik McCreary in the above-referenced matter. He pleaded guilty to one count of violating 18 U.S.C. § 666 and on January 23, 2025, was sentenced to 60 days' incarceration, and two years of supervised release, including two months of home detention. I write to request that the Court order the return of Mr. McCreary's United States passport, which he surrendered to Pretrial as a condition of his release. During the pendency of this matter, Mr. McCreary completed pretrial supervision without incident. He is now in compliance with all conditions of supervised release, and neither the government nor his current probation officer object to this request. Accordingly, we respectfully request that the Court order the return of Mr. McCreary's United States passport. A proposed order is attached to this letter.

    We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley

Cc:    AUSA Jacob Fiddelman
        USPO Julianna Gruenberg
        (*via ECF and e-mail*)

The foregoing request is granted. DE # 44 and 45 are resolved.
SO ORDERED.
10/20/2025
/s/ Laura Taylor Swain, Chief USDJ