UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                    :
:
     -v-                                                    :
:     **[PROPOSED] <u>ORDER</u>**
:
ERIK MCCREARY,                                              :
:     24-cr-451 (LTS)
               Defendant.             :
------------------------------------------------------------X

**LAURA T. SWAIN, Chief District Judge**:

WHEREAS, on or about February 12, 2024, the defendant duly surrendered his United States passport to Pretrial Services as a condition of pretrial release in the above referenced matter,

WHEREAS, the defendant was sentenced on January 23, 2025,

WHEREAS, the defendant has completed the carceral portion of his sentence and is in compliance with all conditions of supervised release,

WHEREAS, upon the defendant's application, and with the consent of the Government and Probation, **IT IS HEREBY ORDERED THAT**:

Mr. McCreary shall be permitted to retrieve his United States passport immediately upon receipt of this order.

**SO ORDERED.**

**Dated:**    **New York, New York**
             October 20
           _____, **2025**

                                                      /s/ Laura Taylor Swain
                                        _____
                                                        **Laura T. Swain**
                                        **United States Chief District Judge**